# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00793-CR

**Charles Jerome Hutchinson, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
## NO. D-1-DC-10-900019, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Charles Jerome Hutchinson's motion to dismiss his appeal is granted. This appeal is dismissed. *See* Tex. R. App. P. 42.2(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton, and Rose

Dismissed on Appellant's Motion

Filed: April 19, 2013

Do Not Publish